UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES GRIMES, | No. C-12-0029 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| MULE CREEK STATE PRISON HEALTH CARE, *et al.*, | |
| Defendants. _____/ | |

Michael James Grimes, an inmate at the Mule Creek State Prison, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining of events and omissions that occurred at that prison. The Mule Creek State Prison is in Amador County, which is located within the venue of the Eastern District of California. The Defendants apparently work at that prison, and apparently reside in the Eastern District of California. No Defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: April 9, 2012

_____
EDWARD M. CHEN
United States District Judge