UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES GRIMES, | No. 2:12-cv-0937 DAD P |
| Plaintiff, | |
| v. | ORDER |
| RICHARD RIVERMAN et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On March 26, 2014, the court found that plaintiff's third amended complaint appeared to state a cognizable claim against defendants Naseer and Soltanian and ordered plaintiff to submit the documents necessary for service of plaintiff's complaint on these defendants. Plaintiff submitted the proper documents, and on April 30, 2014, the court ordered the United States Marshal to serve plaintiff's complaint on defendants Naseer and Soltanian.

     On June 16, 2014, plaintiff filed a request for six additional USM-285 forms "for the six other defendants." In the heading of his third amended complaint plaintiff identified only Naseer, Soltanian and Akintola. (Dkt. No. 35.) In screening the third amended complaint, the undersigned found that it failed to state a cognizable claim against defendant Akintola. (Dkt. No. 37 at 2.) Therefore, the court authorized service only upon defendants Naseer and Soltanian. (Id.)

1    The undersigned now observes that in the body of the third amended complaint plaintiff
2 also mentioned K. Torres, Alphonso and Jane and John Does 1-10 as possible defendants.  In any
3 event, no cognizable claim has been alleged against any of these other individuals and service of
4 the third amended complaint on them has not been authorized by the court.  Plaintiff is again
5 advised that he is proceeding only against defendants Naseer and Soltanian in this action.
6 Therefore, the court will deny his request for additional USM-285 forms as unnecessary.  Plaintiff
7 has also requested a copy of the first page of his complaint.  Typically, the court does not provide
8 litigants with copies of their pleadings free of charge.  In the interest of justice, however, the court
9 will grant plaintiff's request in this instance only.

10    Accordingly, IT IS HEREBY ORDERED that:

11    1. Plaintiff's request for additional USM-285 forms (Doc. No. 43) is denied as
12 unnecessary;

13    2. Plaintiff's request for a copy of the first page of his complaint (Doc. No. 43) is granted;
14 and

15    3. The Clerk of the Court is directed to send plaintiff a copy of the first page of his third
16 amended complaint filed on March 13, 2014.

17 Dated:  June 24, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
grim0937.36dusm