IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL GRIMES,** <br><br> Plaintiff, <br><br> v. <br><br> **RICHARD RIVERMAN, et al.,** <br><br> Defendants. | 2:12-cv-00937 DAD P <br><br> **ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER** |

Defendants Naseer and Soltanian have filed a motion to modify the court's discovery and scheduling order so that defense counsel has adequate time to take plaintiff's deposition and file a motion to compel.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the court's discovery and scheduling order (Doc. No. 48) is granted;

2. Defense counsel shall take plaintiff's deposition and file any motion to compel on or before December 26, 2014; and

/////

/////

3. Except as otherwise provided in this order, the court's July 29, 2014 discovery and scheduling order remains in effect.

Dated: October 31, 2014

/grim0937.41mod

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE