IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL GRIMES,** | 2:12-cv-00937 DAD P |
| Plaintiff, | **ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER** |
| v. | |
| **RICHARD RIVERMAN, et al.,** | |
| Defendants. | |

Defendants have filed a motion seeking to modify the court's discovery and scheduling order to allow for additional time to file a motion for summary judgment.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the court's discovery and scheduling order (Doc. No. 64) is granted;

2. Defendants shall file any motion for summary judgment on or before April 28, 2015; and

/////

/////

/////

3. Except as otherwise provided in this order, the court's discovery and scheduling order remains in effect.

Dated: March 1, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
grim0937.41msj