UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES GRIMES, | No. 2:12-cv-0937 DAD P |
| Plaintiff, | |
| v. | ORDER |
| RICHARD RIVERMAN, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file and serve an opposition to defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. No. 69) is granted; and

2. Plaintiff shall place his opposition in the mail on or before July 1, 2015. Defendants shall file and serve a reply, if any, in accordance with Local Rule 230(l).

Dated: May 22, 2015

/mp
grim0937.36opp

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE